# *#150735*

Claim 000003, Payment 8.46154%
Executive Office Solutions
4601 Aldersyde Circle
Brunswick Hills, OH 44212

LAUREN A. HELBLING
1370 Ontario Street, #450
CLEVELAND, OH 44113

## BANK OF AMERICA, N.A.

32-1/1110 TX
0

CHECK NUMBER
**107**

| DATE | AMOUNT |
|------|--------|
| 08/04/10 | ***********3.85 |

**2454484**

PAY TO THE ORDER OF

United States Bankruptcy Court
201 Superior Avenue
Cleveland, OH 44114

| CASE NUMBER | | ESTATE OF |
|---|---|---|
| 09-11823 MOR | Debtor: KASSOUF, ROGER D. | |

*Three Dollars And 85/100*

Security features
are included.
Details on back.

MP

RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
**THIS CHECK VOID AFTER 90 DAYS**

⑆000107⑆ ⑈111000012⑈ 4437566210⑈

FILED
2010 AUG 10 PM 3: 24
...BANKRUPTCY COURT
...DISTRICT OF OHIO
CLEVELAND